In the Matter of the Application of LEO D. MORGAN, Respondent, for a Certiorari Order against JOHN J. HALLERAN, as Commissioner of the Department of Public Works of the Borough of Queens of the City of New York, and GEORGE U. HARVEY, President of the Borough of Queens, Appellants.

First Department, June 20, 1935.

*Charles E. Ramsgate* of counsel [*Paxton Blair* with him on the brief; *Paul Windels, Corporation Counsel*], for the appellants.

*Samuel Resnicoff,* for the respondent.

PER CURIAM. This motion, made exclusively upon the ground that the limitation of time specified in section 1288 of the Civil

Practice Act has expired, was properly denied. We do not, however, decide the question whether certiorari is the proper remedy, that question not having been raised here or in the court below.

The order appealed from should be affirmed, with twenty dollars costs and disbursements.

Present — MARTIN, P. J., MERRELL, McAVOY, O'MALLEY and UNTERMYER, JJ.

Order affirmed, with twenty dollars costs and disbursements.